**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Lemmie DOZIER, a.k.a. Man II
Man, Defendant–Appellant.**

No. 07–10534
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 21, 2008.

Mark W. Ciaravella, Tampa, FL, for
Defendant–Appellant.

York, sitting by designation.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/Middle Dist. of Florida, Tampa, FL, for Plaintiff–Appellee.

Before ANDERSON, HULL and WILSON, Circuit Judges.

PER CURIAM:

Mark Ciaravella, appointed counsel for Lemmie Dozier in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dozier's conviction and sentence are **AFFIRMED.**